FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JAN 12 2009

JAMES N. HATTEN, Clerk
By: Vicki Dougherty
       Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| KERVIN WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL PAPER COMPANY, ) <br> ) <br> Defendant. ) | **2:09-MI-0003** <br><br> *Currently pending in the U.S. District Court for the Southern District of Georgia Augusta Division* <br> C/A No. 1:08-CV-045 |

## DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH SUPBOENA

COMES NOW International Paper Company, defendant in the above-referenced action currently pending in the United States District Court for the Southern District of Georgia, Augusta Division ("defendant"), and files this motion, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, to compel third party Bridgefield Casualty Insurance Company, which resides in this Court's district, to comply with a subpoena for records, showing as follows:

On or about October 31, 2008, defendant served a Subpoena by certified mail, return receipt requested, on Bridgefield Casualty Insurance Company (hereinafter "Bridgefield") for copies of all documents regarding the worker's compensation claim of plaintiff, Kervin L. Williams. (See Subpoena with attendant documents attached hereto as **Exhibit A**.) On November 11, 2008 an agent for Bridgefield accepted service of the Subpoena (See United States Postal Service return receipt attached hereto as **Exhibit B**.) On December 3, 2008 defense counsel's paralegal, Lori Mussman, spoke by telephone with Dolly in the claims department at Bridgefield regarding the status of our request. Dolly confirmed receipt of the Subpoena and indicated she would call Ms. Mussman after she had an opportunity to review the file. Again on December 5, 2008 Lori Mussman spoke to Dolly requesting that the records be sent as soon as

possible. On December 11, 2008 Ms. Mussman spoke with Dolly again and was told that the records had been requested and that Dolly would be receiving them shortly. On December 30, 2008 Ms. Mussman left a message for Dolly with Bridgefield's receptionist again inquiring as to the status of the records. (See Task Report prepared by Lori Mussman attached hereto as **Exhibit C**.) Finally, on December 30, 2008 defense counsel wrote to Bridgefield requesting that they comply with the Subpoena within seven (7) days or a Motion to Compel would be filed. (See Amy R. Snell letter of December 30, 2008 attached hereto as **Exhibit D**.) Despite these efforts, Bridgefield has failed to respond.

Defendant now moves the Court for an order compelling Bridgefield Casualty Insurance Company to produce the requested documents. Good cause for the production of these documents exists. Kervin L. Williams states in his complaint that he has suffered serious personal injury and that defendant was the proximate cause of those injuries. Defendant believes that said workers compensation records contain medical records, statements and other documents pertinent to the defense of this action.

Defendant certifies that it has in good faith attempted to confer with Bridgefield Casualty Insurance Company in an effort to obtain the requested documents without court action.

WHEREFORE, Defendant prays that its Motion be granted and that this Court enter an Order compelling Bridgefield Casualty Insurance Company to comply with Defendant's Subpoena for copies of all documents regarding the worker's compensation claim of plaintiff, Kervin L. Williams, and that Defendant, under Rule 37 (a)(5)(A), be awarded the reasonable expenses incurred in obtaining the Order, including attorney fees.

[Signature on next page]

This ___8___ day of January, 2009.

                                              */s/ Amy Snell*
                                          J. ARTHUR DAVISON
                                          Georgia Bar No. 213385
                                          AMY R. SNELL
                                          Georgia Bar No. 665677
                                          **Attorneys for Defendant**

OF COUNSEL:
FULCHER HAGLER LLP
One Tenth Street, Suite 700
Post Office Box 1477
Augusta, Georgia 30903-1477
Phone: (706) 724-0171
Fax: (706) 396-3643
asnell@fulcherlaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on opposing counsel by depositing same in the United States Mail with sufficient postage attached thereto to ensure delivery, addressed as follows:

Bridgefield Casualty Insurance Company
PO Box 600
Gainesville, GA  30503-0600


J. Andrew Tisdale, Esq.
Tisdale Law Firm
207 North Belair Road
Evans, GA  30809


This ____ day of January, 2009.

_Amy R. Snell_