UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| KERVIN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | **2:09-MI-0003** |
| | ) | |
| v. | ) | *Currently pending in the U.S. District Court* |
| | ) | *for the Southern District of Georgia* |
| INTERNATIONAL PAPER COMPANY, | ) | *Augusta Division* |
| | ) | C/A No. 1:08-CV-045 |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH SUPBOENA

YOU WILL PLEASE TAKE NOTICE that the defendant by and through its undersigned counsel, hereby gives notice that its Motion to compel non-party Bridgefield Casualty Insurance Company's to comply with its subpoena for records filed January 12, 2009 is hereby withdrawn.

This 2nd day of March, 2009.

/S/ Amy R. Snell
J. ARTHUR DAVISON
Georgia Bar No. 213385
AMY R. SNELL
Georgia Bar No. 665677
Attorneys for Defendant

OF COUNSEL:
FULCHER HAGLER LLP
One Tenth Street, Suite 700
Post Office Box 1477
Augusta, Georgia 30903-1477
Phone: (706) 724-0171
Fax: (706) 396-3643
asnell@fulcherlaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on opposing counsel by depositing same in the United States Mail with sufficient postage attached thereto to ensure delivery, addressed as follows:

>Bridgefield Casualty Insurance Company
>PO Box 600
>Gainesville, GA  30503-0600
>
>Jonathan R. Hendrix, Sr.
>Williams Hendrix Steigner & Brink PA
>PO Box 849
>Lexington, SC  29071-0849
>
>J. Andrew Tisdale, Esq.
>Tisdale Law Firm
>207 North Belair Road
>Evans, GA  30809

This 2nd day of March, 2009.

/s/ Amy R. Snell